1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 8500
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

4                          **United States Bankruptcy Court**
                           **Central District of California**
5

6                                                    ) Chapter 13
                                                     )
7  CHARLES DEGROODT                                  ) Case No.: 8:10-bk-10446-CB
                                                     )
8                                                    ) **NOTICE OF UNCLAIMED DIVIDEND**
                                                     ) **(Bankruptcy Rule 3011)**
9                                                    )
                                                     )
10                                                   )
                                                     )
11 ─────────────────────────────────────

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **302531** in the sum of **$37.93**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17

        CLEAN CRAFT INC
18      183 SOUTH 2ND AVENUE
        UPLAND, CA 91786
19

20
   Date: February 6, 2017        __/S/_____
21                                Amrane Cohen, Chapter 13 Standing Trustee

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1010446 | CHARLES DEGROODT ACCT: | Claim: 00010 | XXX-XX-2630 | 37.93 | 0.00 | 37.93 |
| | | TOTALS | | 37.93 | 0.00 | 37.93 |

CHARLES DEGROODT

BALANCE: [0.00  33/00010]
SSN: XXX-XX-2630    SSN:
ACCT:    CASE: 1010446
PRINCIPAL:    37.93    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302531

Jan 04, 2017

VOID 90 DAYS FROM DATE

********$37.93

PAY   Thirty Seven And 93 / 100 Dollars

TO THE
ORDER OF   *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0302531⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES