Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
|  | ) Chapter 13 |
| CHARLES DEGROODT | ) Case No.: 8:10-bk-10446-CB |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
|  | ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302559** in the sum of **$2,479.40** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

```
THE GHIANNI LARUSSA GROUP INC
13880 STOWE DRIVE SUITE A
POWAY, CA 92064
```

Date: February 6, 2017          __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1010446 | CHARLES DEGROODT ACCT: 0326 | Claim: 00036 | XXX-XX-2630 | 2,479.40 | 0.00 | 2,479.40 |
| | | TOTALS | | 2,479.40 | 0.00 | 2,479.40 |

CHARLES DEGROODT

BALANCE:        0.00    [0.00 33/00036]
SSN: XXX-XX-2630    SSN:
ACCT: 0326            CASE: 1010446
PRINCIPAL:   2,479.40    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0302559

Jan 24, 2017
VOID 90 DAYS FROM DATE

*****$2,479.40

PAY    Two Thousand Four Hundred Seventy Nine And 40 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0302559⑆ ⑈061100790⑈ 000000575186 2⑆

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND - ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE - SEE REVERSE SIDE FOR MORE SAFETY FEATURES